**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2013 JUN -6 PM 2: 15
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| ANTHONY SCOTT RAMEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 313-025 |
| | ) | |
| DOUG WILLIAMS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 9). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 6th day of June, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE